IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blaha, Michael Alan | Case Number: 05 B 52466 |
|---|---|---|
| | Blaha, Susan Wanda | Judge: Goldgar, A. Benjamin |
| | Printed: 11/11/08 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 16, 2008
Confirmed: January 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,004.37 | |
| Secured: | | 0.00 |
| Unsecured: | | 13,233.80 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 770.19 |
| Other Funds: | | 0.38 |
| Totals: | 14,004.37 | 14,004.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | CarMax Auto Finance | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 1,555.65 | 364.48 |
| 4. | DaimlerChrysler Servs North America | Unsecured | 7,992.97 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 11,431.79 | 2,678.43 |
| 6. | ECast Settlement Corp | Unsecured | 18,872.20 | 4,421.69 |
| 7. | ECast Settlement Corp | Unsecured | 15,649.39 | 3,666.60 |
| 8. | ECast Settlement Corp | Unsecured | 2,876.02 | 673.84 |
| 9. | American General Finance | Unsecured | 3,164.22 | 741.37 |
| 10. | Portfolio Recovery Associates | Unsecured | 2,933.83 | 687.39 |
| 11. | US Bank | Secured | | No Claim Filed |
| 12. | Beneficial | Unsecured | | No Claim Filed |
| 13. | Best Buy | Unsecured | | No Claim Filed |
| 14. | Harris Bank | Unsecured | | No Claim Filed |
| 15. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 16. | CitiFinancial | Unsecured | | No Claim Filed |
| 17. | Homemakers Furniture Inc | Unsecured | | No Claim Filed |
| 18. | Home Depot | Unsecured | | No Claim Filed |
| 19. | New York & Co | Unsecured | | No Claim Filed |
| 20. | Household | Unsecured | | No Claim Filed |
| 21. | LFD Home Furnishings | Unsecured | | No Claim Filed |
| 22. | Newport News | Unsecured | | No Claim Filed |
| 23. | Silver Cross Hospital | Unsecured | | No Claim Filed |
| 24. | Silver Cross Hospital | Unsecured | | No Claim Filed |
| 25. | The Disney Catalog | Unsecured | | No Claim Filed |
| 26. | Victoria's Secret | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blaha, Michael Alan | Case Number: 05 B 52466 |
|---|---|---|
| | Blaha, Susan Wanda | Judge: Goldgar, A. Benjamin |
| | Printed: 11/11/08 | Filed: 10/13/05 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Wells Fargo | Unsecured | | No Claim Filed |
| | | | $ 64,476.07 | $ 13,233.80 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 170.69 |
| 5% | 59.03 |
| 4.8% | 112.33 |
| 5.4% | 252.69 |
| 6.5% | 175.45 |
| | $ 770.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

